United States District Court
Southern District of Texas
**ENTERED**
July 11, 2023
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | § | |
| Plaintiff | § | |
| v. | § | CIVIL ACTION NO. 2:23-cv-00033 |
| | § | |
| 2016 KENWORTH TRACTOR, | § | |
| VIN NO. 1XKYD49XXGJ487814 | § | |
| | § | |
| And | § | |
| | § | |
| 2008 UTILITY TRAILER, | § | |
| VIN NO. 1UYVS25338U535229 | § | |
| Defendants | § | |

## FINAL JUDGMENT OF FORFEITURE

Pending is the United States' Motion for a Final Judgment of Forfeiture with respect to the 2016 Kenworth Tractor, VIN No. 1XKYD49XXGJ487814 and the 2008 Utility Trailer, VIN No. 1UYVS25338U535229 (collectively the "Defendant Property"). Having considered the motion, the record and the applicable law, the Court makes the following findings:

A.  On January 25, 2023, a Complaint for Forfeiture in Rem was filed charging that the Defendant Property was subject to forfeiture for violation of the laws of the United States pursuant to 8 U.S.C. § 1324(b)(1).

B.  Proper notice of this forfeiture action was provided to known potential claimants, Ricardo Roque ("Roque") and Kenneth Alexis Giron ("Giron"), and public notice of the action was provided on a government website in accordance with Rule G(4) of the Supplemental Rules for Admiralty or Maritime Claims and Asset Forfeiture Actions.

C.  Roque and Giron failed to file a claim or answer that complies with Supplemental Rule G(5)(a)(i)(C) and Fed. R. Civ. P. 8(b)(3). There are no petitions asserting an interest in the

Defendant Property pending before the Court, and the time for filing a petition has expired. Therefore, Roque, Giron, and any potential third-party petitioners should be held in default.

Accordingly, the Motion is GRANTED, and it is ORDERED that:

1. Default Judgment is entered in favor of the United States of America and against the Defendant Property;

2. All persons or entities who could assert an interest in the Defendant Property are held in default;

3. The 2016 Kenworth Tractor, VIN No. 1XKYD49XXGJ487814 and the 2008 Utility Trailer, VIN No. 1UYVS25338U535229 are forfeited to the United States with all right, title and interest vesting in the United States; and

4. The Defendant Property shall be disposed of pursuant to law.

THIS IS A FINAL JUDGMENT.

SIGNED this 11th day of July 2023, at Corpus Christi, Texas.

_____
DREW B. TIPTON
UNITED STATES DISTRICT JUDGE